ACCEPTED
01-15-00636-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 4:14:52 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00636-CR

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 4:14:52 PM
CHRISTOPHER A. PRINE
Clerk

——————◆——————

**No. 1409330**
In the 232nd District Court
Of Harris County, Texas

——————◆——————

# IRVIN NOTIAS
*Appellant*

v.

# THE STATE OF TEXAS
*Appellee*

——————◆——————

## STATE'S MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE AN APPELLATE BRIEF

——————◆——————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's Brief in this cause, and, in support thereof, presents the following:

1. On June 30, 2015, appellant was convicted by a jury of aggravated robbery with a deadly weapon and sentenced to 40 years in the Institutional Division of the Texas Department of Criminal Justice.

2. Appellant filed a timely written notice of appeal.

3. The State's Brief is due on November 12, 2015.

4. An extension of time in which to file the State's Brief is requested until December 14, 2015. No previous extensions have been granted.

5. The following facts are relied upon to show good cause for the requested extension:

    i. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-15-00226-CR, *Weylin Wayne Alford, Appellant v. The State of Texas, Appellee*, which was filed on November 11, 2015.

    ii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-15-00740-CR, *Russell Levi Pope, Appellant v. The State of Texas, Appellee*, which was filed on October 30, 2015.

    iii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-15-00251-CR, *Derek James Strimban, Appellant v. The State of Texas, Appellee*, which is due to be filed on November 16, 2015.

WHEREFORE, the State prays that this Court will grant an additional extension of time until December 14, 2015 in which to file the State's Brief in this cause.

Respectfully submitted,

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

Joseph W. Varela
2500 East T.C. Jester Blvd.
Suite 247
Houston, Texas 77008
(713) 957-0440
jwvarela@gmail.com

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991

Date:  November 12, 2015